**Universal Vending Service Company, appellee, v. Israel Luck, appellant. Gen. No. 29,068.**

Forcible detainer for news stand and concession space in elevated railway station. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry Olson, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed May 27, 1924.

David Snyder, for appellant. Schuyler, Ettelson & Weinfeld, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**Frank G. Hajicek, appellant, v. David W. Goldsby et al., defendants. Edward A. Reinick et al., appellees. Gen. No. 29,093.**

Bill for removal of clouds on title. Bill dismissed. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the second division of this court for the first district at the June term, 1923. Affirmed. Opinion filed May 27, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Joseph Z. Klenha and Abraham Greenfield, for appellant; Louis M. Mantynband, of counsel. William Slack, for appellees.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**Peter Klein, appellee, v. Harriet B. Borland, appellant. Gen. No. 28,560.**

Personal injury suit. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Charles A. MacDonald, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed in case of a remittitur to $4,000. Opinion filed May 27, 1924.

Cassels, Potter & Gilbert, for appellant. Ralph F. Potter, Kenneth B. Hawkins and John W. Fisher, of counsel. Charles C. Spencer, for appellee.

Mr. Justice Barnes delivered the opinion of the court.